1  MACDONALD & ASSOCIATES.
   IAIN A. MACDONALD (SBN 051073)
2  Two Embarcadero Center, Suite 1670
   San Francisco, CA  94111-3930
3  Telephone: (415) 362-0449
   Facsimile: (415) 394-5544
4
5  Attorneys for Defendant,
   Thomas Clendening
6
7                    UNITED STATES BANKRUPTCY COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION
10
11 In re                                   Case No. 06-31144-TC
12 THE ELITE CAFÉ, INC.,                    Chapter 7
13          Debtor.
14 E. LYNN SCHOENMANN, Trustee,             Adv. Proc. No. 07-03040-TC
15          Plaintiff,
16     vs.                                  ANSWER TO COMPLAINT
17 THOMAS CLENDENING,
18          Defendant.
19
20      COMES NOW, Thomas Clendening, defendant herein, and answers plaintiff's Complaint as
21 follows:
22                  ANSWER TO GENERAL ALLEGATIONS
23      1.     Answering the general allegations, defendant denies, generally and specifically, each
24 and every allegation of Paragraphs 13 thereof; further answering said Paragraph 13, defendant
25 alleges that a substantial portion of the cash proceeds allegedly received by him were in fact received
26 by creditors of the debtor.
27                  ANSWER TO FIRST CLAIM FOR RELIEF
28      2.     Defendant denies, generally and specifically, each and every allegation of Paragraphs

                                                                                     1
Case: 07-03040   Doc# 5   Filed: 04/26/07   Entered: 04/26/07 15:31:13   Page 1 of 3

14 through 18 of the Complaint; further answering the allegations of the First Claim for Relief, defendant alleges that the Transfer was made on account of an antecedent debt, to wit, claims held by him against The Elite Café, Inc. for salary, vacation pay, advances, and the like.

### ANSWER TO SECOND CLAIM FOR RELIEF

3. Defendant denies, generally and specifically, each and every allegation of Paragraphs 19 through 22 of the Complaint; further answering the allegations of the Second Claim for Relief, defendant alleges that the Transfer was made on account of an antecedent debt, to wit, claims held by him against The Elite Café, Inc. for salary, vacation pay, advances, and the like.

### ANSWER TO THIRD CLAIM FOR RELIEF

4. Defendant denies, generally and specifically, each and every allegation of Paragraphs 23 through 26 of the Complaint; further answering the allegations of the Third Claim for Relief, defendant alleges that the Transfer was made on account of an antecedent debt, to wit, claims held by him against The Elite Café, Inc. for salary, vacation pay, advances, and the like.

### ANSWER TO FOURTH CLAIM FOR RELIEF

5. Defendant denies, generally and specifically, each and every allegation of Paragraphs 27 through 29 of the Complaint; further answering the allegations of the Fourth Claim for Relief, defendant alleges that the Transfer was made on account of an antecedent debt, to wit, claims held by him against The Elite Café, Inc. for salary, vacation pay, advances, and the like.

### ANSWER TO FIFTH CLAIM FOR RELIEF

6. Defendant denies, generally and specifically, each and every allegation of Paragraphs 30 through 34 of the Complaint; further answering the allegations of the Fifth Claim for Relief, defendant alleges that the Transfer was made on account of an antecedent debt, to wit, claims held by him against The Elite Café, Inc. for salary, vacation pay, advances, and the like.

### ANSWER TO SIXTH CLAIM FOR RELIEF

7. Defendant denies, generally and specifically, each and every allegation of Paragraphs 35 through 37 of the Complaint.

/ / /

/ / /

Case: 07-05040    Doc# 5    Filed: 04/26/07    Entered: 04/26/07 15:31:13    Page 2 of 3

1    <u>FIRST AFFIRMATIVE DEFENSE</u>

2        8.    Defendant received the "Transfer" in good faith and gave substantial value therefor,

3    both by virtue of the antecedent debt which was discharged by the Transfer, and by the payment of

4    substantial obligations of the debtor; pursuant to Bankruptcy Code Section 548(c), defendant is

5    entitled to retain the Transfer to the extent thereof.

6

7        WHEREFORE, defendant prays::

8        1.    That plaintiff take nothing by way of her Complaint;

9        2.    For costs of suit herein; and

10       3.    For such other and further relief as is proper in the premises.

11

12

13   Date:   April 26, 2007                    MACDONALD & ASSOCIATES

14

15

16

17                                    By: /s/ Iain A. Macdonald
                                         IAIN A. MACDONALD
18                                       Attorneys for Defendant,
                                         Thomas Clendening
19

20

21

22

23

24

25

26

27

28

Case: 07-05040    Doc# 5    Filed: 04/26/07    Entered: 04/26/07 15:31:13    Page 3 of 3